■ Marilyn Daniels, Appellant, v Rachel Donohue, Esq., et al., Respondents. [26 NYS3d 888]—

In an action, inter alia, to recover damages for fraud, the plaintiff appeals from an order of the Supreme Court, Kings County (Landicino, J.), dated July 5, 2013, which granted the defendants' motion pursuant to CPLR 3211 (a) to dismiss the amended complaint and denied, as academic, her cross motion, inter alia, for leave to file a late notice of claim.

Ordered that the appeal is dismissed, with costs, for failure to perfect the same in accordance with the CPLR and the rules of this Court (*see* CPLR 5528 [a] [5]; 22 NYCRR 670.10-b [c] [1]).

"An appellant who perfects an appeal by using the appendix method must file an appendix that contains all the relevant portions of the record in order to enable the court to render an informed decision on the merits of the appeal" (*Matter of Passalacqua*, 31 AD3d 648, 648 [2006] [internal quotation marks omitted]; *see Cohen v 1651 Carroll Realty Corp.*, 23 AD3d 603 [2005]; *Lucadamo v Bridge To Life, Inc.*, 12 AD3d 422 [2004]). Here, the appellant failed to provide this Court with an appendix containing copies of the pleadings, the motion papers, and all of the affidavits and exhibits necessary to review the order appealed from. Accordingly, the appeal must be dismissed. Leventhal, J.P., Dickerson, Duffy and LaSalle, JJ., concur.